9/28/2007 - IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.  - UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| D & I ENTERTAINMENT, et al | ) |
| | ) Case No. 07CV1986 |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE CITY OF ELYRIA, | ) STIPULATION OF |
| | ) DISMISSAL |
| Defendant. | ) |

Now come the Plaintiffs, stipulated to by the Defendant, and dismiss the matter pursuant to Federal Rules of Civil Procedure Rule No. 41(a)(1).  The parties will bear their own costs.

Respectfully submitted,

/s/ Terry Gilbert
Terry H. Gilbert (#0021948)
Andrea Whitaker (#0074461)
Friedman & Gilbert
1370 Ontario Street, Suite 1700
Cleveland, OH 44113-1726
Telephone: (216) 241-1430
Facsimile: (216) 621-0427
E-Mail: whitakerandrea@yahoo.com

/s/  Michael Szekely
Michael Szekely (#0017596)
City of Elyria Asst. Law Director
131 Court Street
Elyria, OH  44035
Telephone: (440) 326-1461

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing was electronically filed this 27th day of September, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                 /s/Terry Gilbert
                 Terry Gilbert